# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDNA GARCIA-DIPINI | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | NO. 21-cv-02186-RAL |
| LARRY PITT & ASSOCIATES | : | |
| Defendant. | : | |

## ORDER

It is, on this 25th day of April, 2022, **ORDERED** that the hearing on Tuesday, April 26, 2022, to Show Cause why the defendant's motion should not be granted, and sanctions imposed, and to determine the appropriate sanctions, is **CANCELED**. It will now be held on **Wednesday, June 15, 2022**, at **10:00 a.m.** in **Courtroom 3D** of the **United States Courthouse**, **601 Market Street**, **Philadelphia**, **Pennsylvania**. **Plaintiff must attend the hearing in person.**

BY THE COURT:

_s/Richard A. Lloret_
**RICHARD A. LLORET**
**U.S. Magistrate Judge**