IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDNA GARCIA-DIPINI,<br><br>                 Plaintiff,<br><br>      vs.<br><br>LARRY PITT & ASSOCIATES,<br><br>                 Defendant. | CIVIL ACTION<br><br>NO. 21-CV-02186-RAL |

## ORDER

**AND NOW**, this \_\_\_15th\_\_\_ day of \_\_\_June_____, 2022, upon consideration of Defendant, Larry Pitt & Associates', Motion for Sanctions, and any response thereto, it is hereby **ORDERED** and **DECREED** that Defendant's Motion is **GRANTED**.

It is **FURTHER ORDERED** that Plaintiff is prevented from using any of the evidence that would be responsive to Defendant's discovery request in the following manner:

    (a) to defend against Defendant's assertions in its Counterclaim;

    (b) to respond to a dispositive motion; or

    (c) to support Plaintiff's claims for wrongful termination, discrimination and retaliation at the time of trial.

It is **FURTHER ORDERED** that it be accepted as true that Plaintiff failed to mitigate any potential damages.

                                              **BY THE COURT:**

                                              *s/Richard A. Lloret*

                                              Richard A. Lloret
                                              U.S. MAGISTRATE JUDGE