IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDNA GARCIA-DIPINI | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LARRY PITT & ASSOCIATES | : | NO. 21-2186 |

### ORDER

AND NOW, this 6th day of December 2024, upon consideration of the Honorable Richard A. Lloret's prior order that Defendant is entitled to judgment in its favor as to liability on its counterclaims against Plaintiff (Doc. 45), Plaintiff's letter brief which I have construed as a MOTION to dismiss the counterclaims (Doc. 63), and Defendant's responsive letter brief (Doc. 66), and following oral argument held on October 7, 2024, IT IS HEREBY ORDERED:

1. The Honorable Richard A. Lloret's Order dated May 13, 2024, is VACATED IN PART. The Order is vacated to the extent that Judge Lloret entered judgment in Defendant's favor as to liability on its counterclaims against Plaintiff.

2. Plaintiff's motion to dismiss the counterclaims is GRANTED and Defendant's counterclaims are DISMISSED for lack of subject matter jurisdiction.

3. The Clerk's Office is directed to mark this matter CLOSED.

BY THE COURT:

/s/ Elizabeth T. Hey

_____
ELIZABETH T. HEY, U.S.M.J.